UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

William Russell,
(AKA Larry Williams),

      Defendant.

Case:2:17-cr-20342
Judge: Steeh, George Caram
MJ: Stafford, Elizabeth A.
Filed: 05-18-2017 At 03:26 PM
INDI USA V. RUSSELL (DA)

Violations:
18 U.S.C. § 1015(e)
(False Claim of United States
Citizenship to Obtain a Benefit)
18 U.S.C. §1542
(False Claims in Passport
Application)
18 U.S.C. §1028A
(Aggravated Identity Theft)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

## COUNT ONE
### (18 U.S.C. 1015(e), False Claim of U.S. Citizenship to Obtain Benefit)

1. On or about October 21, 2013, in the Eastern District of Michigan,
Defendant William Russell knowingly made false statements or claims that
he was a citizen or national of the United States with the intent to obtain a
benefit on behalf of himself, to wit: in an attempt to obtain a United States
passport, Defendant Russell falsely represented that he was a United States
citizen when, in truth and in fact, as Defendant Russell then and there well
knew and believed, he was not a United States citizen, and instead was a

citizen of Jamaica.

## COUNT TWO
### (18 U.S.C. § 1542, False Statements in Passport Application)

2. On or about October 21, 2013, in the Eastern District of Michigan, Defendant William Russell willfully and knowingly made false statements in an application for a passport, with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws in that in such application the Defendant stated that he was a United States citizen when, in truth and in fact, as Defendant Russell then and there well knew and believed, he was not a United States citizen, and instead Defendant Russell was a citizen of Jamaica.

## COUNT THREE
### (18 U.S.C. § U.S.C. 1028A, Aggravated Identity Theft)

3. On or about October 21, 2013, in the Eastern District of Michigan, Defendant William Russell did knowingly possess and use, without lawful authority, the means of identification of another person in relation to committing a crime which constitutes a felony violation under Federal law (18 U.S.C. 1542, false statements in a passport application), to wit, Defendant Russell used the personal information of Larry Williams,

including his name, date of birth, and  Social Security Administration

number to complete a fraudulent application for a passport.

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
Grand Jury Foreperson

DANIEL LEMISCH
Acting United States Attorney

s/*Gary M. Felder, Deputy Chief*
Gary M. Felder, Deputy Chief
Assistant United States Attorney
National Security Unit
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9742
Gary.felder@usdoj.gov

s/*Christopher L. Varner*
Christopher L. Varner
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9684
christopher.varner@usdoj.gov

Dated:  May 18, 2017

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case:2:17-cr-20342<br>Judge: Steeh, George Caram<br>MJ: Stafford, Elizabeth A.<br>Filed: 05-18-2017 At 03:26 PM<br>INDI USA V. RUSSELL (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes          ☒ No | **AUSA's Initials:** *CLV* |

**Case Title:** USA v. William Russell

**County where offense occurred :** Wayne

**Check One:**       ☒ Felony              ☐ Misdemeanor              ☐ Petty

_____ Indictment/_____ Information --- **no** prior complaint.
__✓__ Indictment/_____ Information --- based upon prior complaint [Case number: 16-mj-30180        ]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

5-18-17
Date

Christopher L. Varner
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9684
Fax:    (313) 226-4678
E-Mail address: christopher.varner@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.